UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Larry Jamie Lewis, ) | C/A No.: 4:12-cv-02684-GRA-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| Charles E. Samuels, in his individual ) | |
| and official capacities; Eric Holder, ) | |
| Jr., in his individual and official ) | |
| capacities; John Owens, in his ) | |
| individual and official capacities; ) | |
| Victor Loranth, in his individual and ) | |
| official capacities; Dr. Crawford, in his ) | |
| individual and official capacities; Irwin ) | |
| Fish, in his individual and official ) | |
| capacities; David Massa, in his ) | |
| individual and official capacities; ) | |
| William Rigney, in his individual and ) | |
| official capacities; Dwayne Wilson, in ) | |
| his individual and official capacities; ) | |
| Curtis Brown, in his individual and ) | |
| official capacities; and Gerald Ervin, in ) | |
| his individual and official capacities, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court upon Plaintiff Larry Jamie Lewis' "Motion to Dismiss Complaint against Defendants" which was filed on February 15, 2013.[1] ECF No. 38. Plaintiff seeks to dismiss the following defendants from an action that he initiated pursuant to 42 U.S.C. § 1983: Charles E. Samuels, Eric Holder, Jr., John Owens, Victor Loranth, Dr. Crawford, Irwin Fish, David Massa, and William

---

[1] Prisoner motions are deemed filed at the time that they are delivered to prison authorities for mailing to the court. *See Houston v. Lack*, 493 U.S. 920 (1989).

Rigney. The Defendants have not filed a response. After reviewing the Motion and the record, the Court finds that Plaintiff's request to dismiss these Defendants appears to be appropriate under the circumstances. *See* Fed. R. Civ. P. 21.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss the Complaint against Defendants Charles E. Samuels, Eric Holder, Jr., John Owens, Victor Loranth, Dr. Crawford, Irwin Fish, David Massa, and William Rigney is GRANTED.

**IT IS SO ORDERED**.

G. Ross Anderson, Jr.
Senior United States District Judge

March 28, 2013
Anderson, South Carolina